## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.M. *a minor, by and through* | : | CIVIL ACTION |
| *parents K.M. and N.M.,* | : | |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| PENNSBURY SCHOOL DISTRICT, et al., | : | |
| *Defendants.* | : | NO.  23-cv-01515 |

## ORDER

**AND NOW**, this **7th** day of **July 2023**, upon consideration of Defendants' Motion to Dismiss (ECF No. 15) and review of Plaintiff's Complaint (ECF No. 1), it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 15) is **DENIED**.

It is **FURTHER ORDERED** that Defendants must file an Answer to Plaintiff's Complaint by **July 28, 2023**.


BY THE COURT:


/s/ Chad F. Kenney

CHAD F. KENNEY, JUDGE